## IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX
MARKETING AND SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

MDL Docket No. 1699

Judge Charles R. Breyer

This document relates to:

**Linda Ezziddine as Personal
Representative of the estate of
Ali Ezziddine,**

**Plaintiff,**

**STIPULATION AND ORDER
OF DISMISSAL WITHOUT
PREJUDICE ONLY AS TO
CASE NO. 3:06-cv-2443**

**v.**

**PFIZER, INC. et. al.,**

    **Defendants.**

    **IT IS HEREBY STIPULATED AND AGREED** by and between counsels for

the Plaintiffs and counsel for the Defendants that the Complaint of Plaintiff Linda

Ezziddine, is herby dismissed without prejudice.

    1.    Plaintiff is Linda Ezziddine; defendants are Pfizer, Inc., Pharmacia

            Corporation, Monsanto Company, and G.D. Searle L.L.C.;

    2.    On April 6, 2006, plaintiff sued defendants;

    3.    Plaintiff moves to dismiss her claims against defendants;

    4.    Defendants have answered these claims;

    5.    This case is not a class action;

1

6.     A receiver has not been appointed to this action;

7.     Plaintiff has not dismissed an action based on or including the same claims as those present in this suit.

8.     Should Plaintiff or a representative of Plaintiff attempt to re-file her claims against Defendants, they shall do so only by filing said claims in federal court.

Respectfully submitted:


Dated: ___12/22/06___          By: ___Navan Ward Jr.___
                               Navan Ward, Jr. (AL State Bar No. WAR062)
                               Email:  navan.ward@beasleyallen.com
                               Jere L. Beasley (AL State Bar No. BEA020)
                               Email:  jere.beasley@beasleyallen.com
                               Gerald B. Taylor, Jr. (AL State Bar No. TAY026)
                               Email:  jerry.taylor@beasleyallen.com
                               Andy D. Birchfield, Jr. (AL State Bar No. BIR006)
                               Email:  andy.birchfield@beasleyallen.com
                               BEASLEY, ALLEN, CROW, METHVIN,
                               PORTIS & MILES, P.C.
                               Post Office Box 4160
                               Montgomery, Alabama 36103-4160
                               (334) 269-2343 telephone
                               (334) 954-7555 facsimile

                               *Attorneys for Plaintiff*

Dated: ___15/33/06___          **GORDON & REES**

                               ___Stuart M. Gordon___
                               Stuart M. Gordon, Esq.
                               Embarcadero Center West
                               275 Battery Street 20th Floor
                               San Francisco, CA 9411
                               (415) 986-5900 (Tel.)
                               (415) 986-8054 (Fax)

                               *Defendant's Liaison Counsel*

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 3, 2007



UNITED STATES DISTRICT COURT

Hon. Ch...

IT IS SO ORDERED

Judge Charles R. Breyer

NORTHERN DISTRICT OF CALIFORNIA

3