Patrick Haynes
1531 2nd Street
Manhattan Beach, CA 90266
Telephone: 310.376.2295
Email: prhaynes@gmail.com

PLAINTIFF *Pro se*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates to:<br><br>*Patrick Haynes v. Pfizer Inc., et al.*<br>(Case No. 06-2443 CRB) | **STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF WITH PREJUDICE** |

Come now Plaintiff Patrick R. Haynes, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice, with each side bearing its own attorneys' fees and costs.

DATED: 12/4, 2009          By: *[signature]*

Patrick Haynes
1531 2nd Street
Manhattan Beach, CA 90266
Telephone: 310.376.2295
Email: prhaynes@gmail.com

PLAINTIFF *Pro se*

-1-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
**Case No. MDL NO. 1699**

DATED: Dec. 7, 2009          By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

ATTORNEYS FOR DEFENDANTS

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: DEC 11, 2009

_____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
Case No. MDL NO. 1699